UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LOU JEAN RUDD,

   Plaintiff,

v.                                        CASE NO.:  4:16-cv-00245-CDL

ONEMAIN FINANCIAL GROUP, LLC *agent of* ONEMAIN FINANCIAL,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Lou Jean Rudd, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Lou Jean Rudd, and Defendant, OneMain Financial Group, LLC *agent of* OneMain Financial, have reached a settlement and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

                                                         */s/ Octavio "Tav" Gomez*
                                                         Octavio "Tav" Gomez, Esquire
                                                         Georgia Bar #: 617963
                                                         Morgan & Morgan, Tampa, P.A.
                                                          201 N. Franklin Street, 7th Floor
                                                         Tampa, FL 33602
                                                         Tele: (813) 223-5505
                                                         Fax: (813) 223-5402
                                                         TGomez@ForThePeople.com
                                                         Mhoilett@ForThePeople.com
                                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on this 3rd day of November 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Georgia, Columbus Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

David Elliott, Esq.
Laura Westerman Tanner, Esq.
Burr & Forman, LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
delliott@burr.com
ltanner@burr.com
*Counsel for Defendant*

                                                   */s/ Octavio "Tav" Gomez*
                                                   Octavio "Tav Gomez, Esquire