UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LOU JEAN RUDD,

    Plaintiff,

v.                                         CASE NO.: 4:16-cv-00245-CDL

ONEMAIN FINANCIAL GROUP, LLC d/b/a
ONEMAIN FINANCIAL,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Lou Jean Rudd, and Defendant, OneMain Financial Group, LLC d/b/a OneMain Financial, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 13th day of December 2017.

| | |
|---|---|
| */s/ Octavio "Tav" Gomez* | */s/Louis G. Fiorilla* |
| Octavio "Tav" Gomez, Esquire | Louis G. Fiorilla (GA Bar # 910188) |
| Georgia Bar #: 617963 | Email: lfiorilla@burr.com |
| Morgan & Morgan, Tampa, P.A. | **BURR & FORMAN LLP** |
| 201 N. Franklin Street, 7th Floor | 171 17th Street, NW |
| Tampa, FL 33602 | Suite 1100 |
| Tele: (813) 223-5505 | Atlanta, GA 30363 |
| Fax: (813) 223-5402 | T (404) 815-3000 |
| TGomez@ForThePeople.com | F (404) 817-3244 |
| Mhoilett@ForThePeople.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |